**Margaret D. MUSER, as Administratrix, etc., Defendant in Error, v. NEW YORK CENTRAL RAILROAD COMPANY, Plaintiff in Error.**

Circuit Court of Appeals, Second Circuit. January 6, 1930.

No. 123.

Rann, Vaughan, Brown & Sturtevant, of Buffalo, N. Y. (R. C. Vaughan, of Buffalo, N. Y., of counsel), for plaintiff in error.

Hancock, Dorr, Kingsley & Shove, of Syracuse, N. Y., for defendant in error.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed.

**ORANGE STATE DEVELOPMENT CO., Appellant, v. Rosa SHEBEN (Otherwise Known as Rosa Sheeben) et al., Appellees. \***

Circuit Court of Appeals, Fifth Circuit. January 30, 1930.

No. 5601.

J. S. G. Gallagher, of Miami, Fla., for appellant.

J. W. Watson, Jr., Mitchell D. Price, and Robert S. Florence, all of Miami, Fla., Wilburn P. Hughes, U. S. Atty., of Jacksonville, Fla., and Raymond F. Brown, Sp. Atty., Bureau of Internal Revenue, of Miami, Fla., for appellee.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

\*Rehearing denied March 7, 1930.

**PACIFIC MAIL STEAMSHIP COMPANY, Appellee, v. UNION STEVEDORING CORPORATION, Appellant.**

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 43.

Alfred L. Marilley, of New York City (Martin Conboy, of New York City, of counsel), for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Ray Rood Allen and Frederic Conger, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed.

**Augustine PALMISANO and Lawrence Scrotino, Appellants, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fifth Circuit. December 17, 1929.

No. 5540.

Clarence J. Dowling, of New Orleans, La., for appellants.

Edmond E. Talbot, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.